**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7100**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CHARLIE PATTERSON TAYLOR,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:99-cr-00099-REP-l)

Submitted:  August 21, 2008      Decided:  August 27, 2008

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charlie Patterson Taylor, Appellant Pro Se.  Michael Arlen Jagels, Special Assistant United States Attorney, Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlie Patterson Taylor appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp. 2008). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Taylor</u>, No. 3:99-cr-00099-REP-l (E.D. Va. filed June 18, 2008 and entered June 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2